FROST, Appellant, v. SOCIETY OF AGRICULTURE & HORTICULTURE OF WESTCHESTER COUNTY, Respondent. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Action by Catharine Frost, as administratrix, against the Society of Agriculture & Horticulture of Westchester County.

PER CURIAM. Order modified by inserting a provision requiring the defendant to pay the costs of the trial and all disbursements in the action to date, together with the costs of this appeal; all to be paid within 20 days from the entry of this order, and, as thus modified, affirmed. Otherwise order reversed, and judgment unanimously directed on the verdict, with costs and costs of this appeal.

FULTON v. VARNEY. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Action by John Fulton against George A. Varney. No opinion. Motion denied on conditions stated in order. Order filed.

FUNSOOSTEN, Respondent, v. SUMMIT FOUNDRY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department, October 3, 1906.) Action by Hammond Funsoosten against the Summit Foundry Company.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, without costs. Held that, wherever the complaint alleges, after specifying defects, "or otherwise failed," etc., the order should require the plaintiff to state in what particulars the defendant failed to perform its duty to the plaintiff, in what respect the place where the plaintiff was at work was "otherwise" dangerous, and in what respect the plaintiff was "otherwise seriously injured." In case the plaintiff elects to strike these various allegations from the complaint, he will be permitted to do so, in which event the motion is denied, with $10 costs and disbursements in this court to the appellant;

the form of the order to be settled by and before Mr. Justice SPRING on two days' notice.

FURLONG, Respondent, v. BROOKLYN HEIGHTS R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department, July 24, 1906.) Action by Mary Furlong against the Brooklyn Heights Railroad Company and Thomas J. Donnelly. No opinion. Judgment and order unanimously affirmed, with costs.

GAGE, Respondent, v. BLOOMQUIST, et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 16, 1906.) Action by Marcus D. Gage against Otto L. Bloomquist and another.

PER CURIAM. Judgment affirmed, with costs.

NASH, J., dissents, on authority of Dillon v. National Coal Tar Company, 181 N. Y. 215, 73 N. E. 978.

GALLIGHER, Appellant, v. MacDONALD ENGINEERING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. June 1, 1906.) Action by Thomas Galligher against the MacDonald Engineering Company.

PER CURIAM. Order affirmed, with costs.

SPRING, NASH, and KRUSE, JJ., vote for affirmance upon the ground that the plaintiff as matter of law is not entitled to recover. McLENNAN, P. J., and WILLIAMS, J., vote for affirmance upon the ground that the plaintiff has not shown himself free from contributory negligence.

In re GAS & ELECTRICITY COMMISSION IN CITY OF SYRACUSE. (Supreme Court, Appellate Division, Fourth Department. October 3, 1906.) In the matter of the determination by the Commission of Gas & Electricity, fixing rates for gas and electricity in the city of Syracuse. Application for stay granted upon furnishing adequate security.

PER CURIAM. Order to be settled on two days' notice.

McLENNAN, P. J., not sitting.